lant; Roy S. Gaskill and Edward M. Quinn, Assistant Corporation Counsel, of counsel. McKenna & Harris, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

---

**Sylvester Murphy, appellant, v. William D. Murdock, appellee. Gen. No. 32,042.**

Action for damages from breach of vendor's contract. Appeal by plaintiff from judgment in his favor for less than claimed. Appeal from the Municipal Court of Chicago; the Hon. A. W. Summers, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1927. Reversed and remanded. McSurely, J., dissents. Opinion filed January 30, 1928.

M. D. Dolan, for appellant. John H. Hill, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

---

**Florence Dwight Van Patten, appellant, v. State Bank of Chicago, trustee under the will of John H. Dwight, and Pacific Southwest Trust & Savings Bank, executor of the last will and testament of Frances M. Dwight, appellees. Gen. No. 32,079.**

Bill to construe will as to disposition of trust fund. Decree for defendants. Appeal from the Circuit Court of Cook county; the Hon. Francis S. Wilson, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1927. Reversed and remanded with directions. Matchett, P. J., dissents. Opinion filed January 30, 1928.

Montgomery, Hart & Smith, for appellant; Norman H. Pritchard and John R. Montgomery, of counsel. Bayley, Merrick, Webster & Gregory, for appellees.

Mr. Justice O'Connor delivered the opinion of the court.

---

**John J. Cancelmo, administrator of the estate of Joseph Cancelmo, appellee, v. Arlington H. Welch, appellant. Gen. No. 32,149.**

Suit to recover damages from breach of fruit brokerage contract by broker. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. J. Fred Gilster, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1927. Affirmed. Opinion filed January 30, 1928. Rehearing denied February 11, 1928.

Stewart Reed Brown, for appellant. Defrees, Buckingham & Eaton, for appellee; John O'C. Fitzgerald, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

---

**John Cancelmo, administrator of the estate of Joseph Cancelmo, appellee, v. Arlington H. Welch, administrator of the estate of Harriet C. Welch, deceased, appellant. Gen. No. 32,150.**

Appeal from judgment awarding execution instead of providing payment in due course of administration. Appeal from the Municipal Court of Chicago; the Hon. J. Fred Gilster, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1927. Affirmed. Opinion filed January 30, 1928.

Stewart Reed Brown, for appellant. Defrees, Buckingham & Eaton, for appellee; John O'C. Fitzgerald, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.